UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR L. TIGGS,<br><br>　　　　　Petitioner,<br><br>v.<br><br>STEVEN JOHNSON, et al.,<br><br>　　　　　Respondents. | Civ. No. 15-8664 (KM)<br><br>**MEMORANDUM AND ORDER** |

　　　　Petitioner is a state prisoner currently incarcerated at New Jersey State Prison in Trenton, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee. Thus, this case will be administratively closed. Petitioner shall be given an opportunity to reopen this action should he so choose.

　　　　Accordingly, IT IS this 21st day of December, 2015,

　　　　ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

　　　　ORDERED that if petitioner wishes to reopen this action, he shall notify the Court in writing within thirty (30) days of the date of entry of this Order. Petitioner's written notification shall include either: (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

                                                                                              _____
                                                                                              KEVIN MCNULTY
                                                                                              United States District Judge