UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ARTHUR L. TIGGS,

    Petitioner,

v.

STEVEN JOHNSON,

    Respondent.

Civ. No. 15-8664 (KM)

**MEMORANDUM AND ORDER**

    Petitioner, Arthur L. Tiggs, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 18, 2016, respondent filed an answer to the habeas petition. However, on April 14, 2016, this Court received a letter from Mr. Tiggs in which he states that he did not receive several of the exhibits that respondent attached to the answer. Therefore, in the interest of justice, respondent shall be ordered to re-serve these exhibits on Mr. Tiggs.

    Accordingly, IT IS this 18th day of April, 2016,

    ORDERED that respondent shall re-serve Exhibits 2, 3, 4, 10, 32 and 33 to its answer to the habeas petition within ten (10) days of the date of this Order; and it is further

    ORDERED that petitioner shall have forty-five (45) days from the date he is re-served with these exhibits in which to file a reply in further support of his habeas petition, if he elects to do so; and it is further

    ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

                                                   KEVIN MCNULTY
                                                   United States District Judge