# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ARTHUR TIGGS, | : | |
| | : | |
| Petitioner, | : | Civ. No. 15-8664 (KM) |
| | : | |
| v. | : | |
| | : | |
| STEVEN JOHNSON, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondents. | : | |
| | : | |

The petitioner, Arthur Tiggs, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the habeas petition on March 18, 2016, thereby giving petitioner until May 2, 2016, to file a reply. Presently pending before this Court is Mr. Tiggs's motion for an extension of time to file such a reply. (*See* Dkt. No. 16) Good cause being shown, Mr. Tiggs' motion for an extension of time shall be granted. He shall have until July 5, 2016 to file his reply in support of his habeas petition.

Mr. Tiggs has also filed a request to have the respondent "complete the record" by providing this Court and himself with a physical hard copy of the trial judge's written jury instructions. (*See* Dkt. No. 14) Respondent opposes this request. (*See* Dkt. No. 15)

It is true that some of Mr. Tiggs' claims involve the trial judge's jury instructions. Nevertheless, respondent attached to its response to the habeas petition a full complete copy of the oral jury instructions that the trial judge gave the jury as included within the trial transcript. (*See* Dkt. No. 9-33) Mr. Tiggs does not explain why this filing by the respondent is insufficient. Accordingly, this Court will deny Mr. Tiggs's request for a physical hard copy of the trial judge's written jury instructions without prejudice.

Therefore, IT IS this 10th day of May, 2016,

ORDERED that petitioner's motion for an extension of time to file a reply in support of his habeas petition (Dkt. No. 16) is granted, and that petitioner may file his reply on or before July 5, 2016; and it is further

ORDERED that petitioner's request for the respondent to provide a physical hard copy of the judge's written jury instructions (Dkt. No. 14) is denied without prejudice; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge